In the Matter of Susan Kruse, Petitioner, v New York State Division of Human Rights et al., Respondents. [930 NYS2d

Present—Scudder, P.J., Peradotto, Lindley, Green and Gorski, JJ.